Okay, thank you, Your Honor. Your Honors, and may it please the Court, my name is Andrew Graham of the Digital Justice Foundation on behalf of Appellant Jamie Rogozinski. I respectfully request two minutes for rebuttal if the Honorable Court would permit. This case presents an important question about the relationship between social media platforms and their users. And I think the trademark questions relating to trademark ownership have broad significance beyond the specific dispute at issue because it implicates the ability of users to start a business online by promoting a brand, using that brand in social media to promote it, and then building a business thereafter. And I think the answer in resolution to this appeal can be found by reference to long-standing trademark first principles under which we respectfully submit this Court should reverse or at least vacate on these questions. At core of the dispute is this. Suppose a Facebook user decides to promote a forthcoming food truck by creating a Facebook group that uses the food truck's name. On the defendant's position, the food truck doesn't own the brand? The difference with this hypo that you also used in your brief, though, is that the food truck exists in the world totally separate from the website. And here the problem that I'm struggling with is how this discussion group exists separately from Reddit. It seems like it's actually part of Reddit. So it's not like a food providing this service. I think that's a great question, Your Honor. And I think it goes to the central crux of their answering brief. And the answer is very simple in that the service here is content moderation services. So that's the service provided. And there's no dispute that Mr. Rogozinski was providing the content moderation services. Well, but isn't it also providing an interface for typing things in and the formatting that they appear in and the server space to store the messages? Sure. And so, yeah, that's a separate service. So, for example, suppose if you want to create a website, and notice that the same would apply to Facebook. If you go on Facebook and create a Facebook group, and then according to defendant's later make a food truck, Facebook owns the trademark. So here what we have is they were simultaneously created. He's using the medium. So there's web hosting services like godaddy.com. You go there, you create a website. The fact that godaddy.com is hosting the website for you, that you're using their software and functionality to create it, that doesn't mean that godaddy.com is understood by the users. And I want to clarify something really important. We're fighting over the trademark name WallStreetBets without any dash R, without any reference to Reddit whatsoever. So the dispute has nothing to do with dash R WallStreetBets. The dispute is not over Reddit's trademark. The question is, and it's a fundamental one, because we're asking, where do the Reddit users understand the WallStreetBets mark to have come from? And so the service is the content moderation. Wait, but what in trademark law says that that's the question? I thought trademark asks, when was this providing a service in commerce with this mark? That's not the same question as what you just said about users and what they understand. Right. So sure. When was he providing it? Whenever he was on Reddit's website promoting a brand in the same way that if a Reddit user went on to Reddit and started promoting a food truck. Right, counsel. But isn't that the case? I mean, the first use was in Reddit. Why isn't that dispositive, frankly? Well, because I think the question here is, what is the service? And who, so we need to identify the service. The service is not Reddit's website. The service is the content moderation. And it's undisputed that the content moderation was provided by Mr. Rogozinski. And this is really important because it presents massive monopolization concerns. If you say that anything posted on Reddit, the mark is immediately owned by Reddit. You're essentially saying if you go to a media platform and use the media platform in promoting a service while you're doing it. So for example, if I first advertise on the pages, a product or good of service and the page of the New York times, you would all understand that that's a separate product from the mark New York times or wall street journal or whatever. And that's the same thing. The service being provided, there's a web hosting service, Reddit owns a trademark to that, and they have a telecommunications trademark. The same thing happens when you go onto your web browser and you type in a website and you post on Facebook, you're using a telecommunications providers, network services, etc. Council, you agree, you agree that you would have a better case if, if this wall street bets had been created before on some other platform or some other location, um, not on Reddit, if, if it had, it had, if it had been used in commerce in some other location elsewhere, then your position would be stronger, wouldn't it? Based on our law. No. And defendant's position, if they had started it on Facebook, it would be the same problem. Facebook would own it. So he's essentially, their position is that the media, so your honors, if you believe, so you go to a grocery store, we all understand that the grocery store provides. Can I ask just, you know, I saw the grocery store hypo in the briefs. What, what, what are you asking Reddit to do or not do? What do you want them to do or not do? Not sue my client if he founds a website called wallstreetbets.com. Has he done that? Is that, I mean, is that, has he done such a thing and is he being sued for that? Yeah. I mean, yes. When he tried to register ownership of the trademark, they're challenging that they're asserting that. So my client would be perfectly happy if he won the ownership issue and no other issue. Why? Because then he can go on and create a website that has a, where he can moderate a forum independent of Reddit. So if you, if you're liable to affirm, it means you're not taking seriously the meaningful contributions and services provided by a moderator, which is not meaningfully different than let's say an editor at the wall street journal or the New York times who chooses what articles to publish. We should take people's contributions and those are factual questions. I thought, I thought Reddit had had some language in their, their user agreements that sort of supervises the moderators and, and in fact indicates that they can, you know, come in. In fact, what happened here is that they can take over, um, the, the, the subreddit. Well, sure. They can cease. Those are different questions. So of course Reddit can kick Mr. Rogozinsky off the website and they could even possibly sue him for breach of contract. If they want it, that doesn't answer trademark questions. They're just different legal regimes and the question, no, they can, they can remove moderators. I thought that yes, they can remove moderators. Well then, then why can't they just simply remove the moderator? Keep the, the, the wall street bets because they're fundamentally different questions, your honor. That's like asking in a tort case, um, why a contract question would apply. I mean, it's a good question. It's just that it's a simply a different legal regime. They can absolutely remove him. And I would, again, I think what's getting confused here and I think it's really important. We're asking ownership questions. There's clearly a service being provided. That's why they let moderators do it. And it's clear. And then the other question is on this record, where would the Reddit users understand the source of the subreddit to be? And at 2ER168, paragraphs 87 to 88, for example, it's clear that people understand Mr. Rogozinsky to be the user of, and the origin, ultimate source of wall street bets as a brand. Notice it's not dash R wall street bets. And again, so the key question is that would be no different. You asked a great question, which is what if he had used another media to promote it? Well on Reddit's theory, if he goes to godaddy.com and he creates a website using their software and subject to their terms and conditions and promotes his brand there, godaddy, not Mr. Rogozinsky, would own the brand. Their position is that they've created a platform and they own all the marks that first appear on that platform. I mean, I guess the question is, is it different here? Because you've essentially created, your client has created this through their mechanism. It's not like he has some other preexisting or alternative. They just using this to promote something. He used this to create the very thing. And he did so on their platform. I'm sorry. Go to facebook.com, do the same thing. What medium could he use to create it without using some third party service as a medium to create it? So that question is a great one. It just doesn't engage. If he went to Facebook, defendant's position would be that Facebook owns the trademark. So the question, the problem is, where does a person go to create a brand online? Do you think his ownership is sole ownership? He wants, I guess, to be able to go somewhere else and use this name. But can Reddit continue to also use the name? Do you think it's a co-ownership situation? Your Honor, the way I would think about it is, again, the hostility I'm sensing from the panel is, I think, twofold. And I think they're legitimate questions. I think what I'm saying here is that's an infringement question. And so if Mr. Rogozinski cannot show that the Reddit users are confused about the difference between him, he could never prevail on an infringement claim. But there's an ownership question. Ownership goes to where do the Reddit users see as the source? And on this record, they see the source as Mr. Rogozinski. Now, Reddit can challenge that as a matter of fact on remand and Reddit- And so is the answer to your question, you think he's the sole owner? Well, I mean, no one's raised or briefed that. So, Your Honor, I would respectfully request an opportunity for supplemental briefing on joint authorship, if that's something you would like, because no one's raised or briefed joint authorship questions. But I think what you're getting at here, which is an important issue, is the distinction between... So I think Reddit has a very, very strong defense to any infringement claim, because infringement, remember, is Reddit can keep using this as long as no one's confused. And as long as Reddit is adding r-dash, which is the reference to Reddit, WallStreetBets, then Reddit's got a really strong defense to infringement. But as long as people understand, well, WallStreetBets originated with content moderation that originated with Mr. Rogozinski. I also think Reddit would have really strong claims against Mr. Rogozinski if he used dash r WallStreetBets, because that's a reference and possibly might be dilution or infringement as to Reddit's mark. So I think the key thing, though... Okay, I think I should cut you off because you're over your time. We'll still give you two minutes for rebuttal, but let's hear from the other side. Thank you, Your Honor. May it please the court. I'm Michael Houston of Perkins Coie. I'm here on behalf of the appellee Reddit. A party does not acquire trademark rights in isolation simply by inventing a mark or a brand. Trademark rights are gained instead by using the relevant mark in connection with a commercial good or service. That follows from the statutory text which says that the owner of a mark, quote, may request registration. So the important first question is what commercial good or service are we talking about here? Now, my friend says correctly we need to identify that service before you can know who is the owner of the mark. I would encourage the court to take a look at plaintiff's own application for trademark registration. This is found at 2 ER 156. His description of the service at issue, it differs a little bit from the account given by my friend here at the podium today. He says in this application we are talking about using the name Wall Street Bets in connection with the service of, quote, providing an online forum for financial trading information. And so really the question at the heart of the case is who is it that provided an online forum for financial trading information? And the answer is Reddit. Reddit owns the servers. Reddit employs the employees. Reddit owns both the physical and digital infrastructure that makes it possible for a forum of many millions of Reddit users to come together and engage with each other to discuss financial trade. But can I ask you, Mr. Houston, what is the implication of this for Mr. Rogozinski's other uses of Wall Street Bets? So he has a book. He's seemingly doing other things. Can he do that consistent with with Reddit's IP rights? Yes, your honor, as so long as he's not using those other, he's not attempting to trademark those other classifications in a way that would create confusion. But let me just take a specific example from his own application. He wants to trademark the name Wall Street Bets in connection with the book that he is going to write. There's no conflict between his ability to do that and the trademark ownership that Reddit possesses in the provision of an online forum, because those are distinct services. One is obviously a commercial good, a book. One is an online service. So long as he's not attempting to generate consumer confusion and lead consumers to believe that his book is affiliated with Reddit, then the answer to your question is yes. Now, his actual application for trademark rights with respect to a book was denied by the examiner, but it wasn't because of Reddit. It was just because he didn't meet the standard. And so I think that would also apply with respect to things like potentially clothing that he is that he is interested in developing using the name Wall Street Bets. And the fact that we are the proper owner of the name Wall Street Bets in connection with providing an online forum service doesn't in any way limit his ability to do what he has been doing, to describe himself as the founder of the forum, as the first moderator. He goes on television. And so the limits on this would eventually just be a likelihood of confusion. That would be what would, like if Reddit saw something out in the marketplace that said, all right, this is just too much. He's making it this is too connected to our product. Then what a court is going to look at this and evaluate, you know, is there a likelihood of confusion of the book as compared to the subreddit? Well, yes, your honor. I mean, it's relatively common that you would have marks in different classes for fundamentally different services. And the examiner always when you're attempting to register a mark. So if Mr. wants to try and register the name Wall Street Bets in connection with a book, first, he's going to have to just satisfy the standards for that product. If he can do that, the next question is going to be for the examiner whether there's a likelihood of confusion. And he would submit samples to the examiner about how he's to demonstrate his use. And yes, the examiner would consider whether there's a likelihood of confusion. And if there was an action later than yes, potentially read it would be able to assert that he was manipulating his trademark in the book if he could get one in a way that infringed our mark. But really, at the heart of this case, as I think plaintiff himself acknowledges in this appeal, really, the only question is, who is the provider of the online forum service Wall Street Bets? And I think you heard my friend say today, what he really wants is the ability to start a competing online discussion forum under the name Wall Street Bets that would compete with Reddit's forum service. I think that's really exactly what trademark law exists to prohibit by virtue of all of the work that Reddit's employees and Reddit, the Reddit community has invested in the creation of this vibrant forum. It's really just the factual record does not support the idea that Mr. Rogozinski was like the sole provider of this forum service. Millions of users have contributed to this forum. There are many other moderators who exist to facilitate this vibrant community. Does it matter that here he seemingly created all this through Reddit in the first instance, like, let's just imagine that he, everybody knew him as Mr. Wall Street Bets. And this has just always been associated with him. Now he then takes that over to Reddit and starts it over there. And then things break down with Reddit. Now he wants to start a new online discussion using his long pre-existing persona, Wall Street Bets. You think, can he do that? Or is that a different, different case? Your honor, if I understand the question, if you're talking about a hypothetical, like the one that you asked my friend about where there's an existing service that predates Reddit, and it's an online discussion forum, he's got a message board, or he's got Wall Street Bets on Facebook or something like that. And then he brings it over to Reddit. In that situation, I do think potentially it would be quite a different record because he would be able to say, I was the first person using the name Wall Street Bets before it ever came onto Reddit. I was using it in the context of an online discussion forum. But the record here isn't anything like that. His allegation is that the first time the name Wall Street Bets appeared in connection with an online forum service, it appeared on Reddit. Now that makes him a user of the service that Reddit provides, but it doesn't make him the provider of that service. We are the provider of this. Okay, so in a sense, it's more of a factual question as to what was somebody doing before they got on and started promoting something on Reddit? Because if the answer is he was doing all sorts of things beforehand, and then started using Reddit as another means of doing that, then maybe it's a different case. It's not, Your Honor, this is important. It's not just that he was doing things. In other words, it's not just that he was using the name Wall Street Bets. That would not be sufficient. No, I hear you, in connection with this kind of medium. Correct, in connection with the provision of a good or service. And that's what's really missing from this complaint. He says, you know, I wrote down the name Wall Street Bets. I talked to people about Wall Street Bets. That does not give rise to trademark ownership rights, because the service that's at issue, the service for good in commerce, has only ever existed on Reddit. But if he, in his hypo, say he had a Yahoo chat or whatever with Wall Street Bets before, are you saying he would then be able to bring it to Reddit or somehow Yahoo would have a claim against Reddit then? Because I'm a little confused by the colloquy you just had, because if having done it before would allow him to bring it to Reddit, I'm a little confused why he can't take it away from Reddit and go somewhere else, which is what he wants to do. Well, we, he can, I mean, he can, Your Honor, we are the owner of the mark in connection with, we're the rightful owner of the mark in connection with the service of providing an online discussion forum. In a hypothetical where he alone, I don't know if it were on Yahoo or something, where he alone had created an online discussion forum service that predated Reddit, I think that would be a very different case. How exactly he, you know, who owns the mark in that hypothetical world, very different from these facts. I'm not sure. It would depend on what, you know, what was the nature of what he had created. But hold on, but on your theory then, Yahoo or whoever would have that ownership interest. I think it would depend, Your Honor, on who, how, how the forum existed. No, let's assume it exists in the same way that it did in this case. Let's say that they started in Yahoo, but maybe they started there a month and, and they only had like, you know, five people that, that, that got involved, 10 people, a hundred people. But then they said, no, I think I'm going to go to Reddit. And they went to Reddit and then they had a lot more success there. Well, under, under your analysis, then, in that Yahoo or whoever would have that right, that, that, that ownership interest. So maybe, I think that might well be right, but that also doesn't seem that surprising at all, because Yahoo in this hypothetical, and again, it's just very different from the facts as there's nothing like this alleged in the complaint, I stress. But in that hypothetical, Yahoo would be the original provider of an online forum service under the name WallStreetBets. But again, I think I would just want to know more about what were the facts of that discussion forum as it existed before it came to Reddit. And again, I just want to emphasize that the allegations in this complaint before the court are that the discussion forum was created on Reddit using Reddit's digital and physical infrastructure that we provide for the benefit of all of our users, not just for Mr. Rogozinski. Is he publishing the book right now? Does the book exist? I'm not certain about the answer to that, Your Honor. My friend may be better able to answer the question. But again, I think the important point for purposes of the case is that he is absolutely free to write a book describing himself as the founder of the WallStreetBets subreddit, as the first moderator of the subreddit, nothing like that. Our rightful ownership of the mark in connection with the online forum will not in any way affect or limit his ability to write that book. I'm just wondering if there's room for settlement here, because I'm not sure he understood that. Like, your position is he can have his book, and I'm not sure he knew that you thought he could have his book because it seems like he thought your position was that he couldn't. So there's at least some room for agreement here. And I'm wondering if this case could settle, perhaps. Well, Your Honor, I took my friend here today to say that he's much more interested in not in publishing a book talking about his experience with WallStreetBets, but in his ability to go out and start a competing online discussion forum to talk about stock trading. I think that that has been at the heart of what he wants to do. Our ownership, and that's why this lawsuit is here, as I understand. It seems that he's also asking your client to cease using WallStreetBets altogether, and in fact, to pay him for the prior uses. I agree with that, Your Honor. We obviously cannot, you know, acquiesce to that request, because we provide the service, and we do it for the benefit of the many, many moderators and the millions of users who contribute to make this community vibrant. So we certainly can't, under both principles of trademark law and also under Section 230, be required to take down certain posts that Mr. Rogozinski considers objectionable, or to change the content of the subreddit to provide him with attribution to it in the way that he has demanded of us. Thank you, counsel. Let's hear our two minutes for rebuttal, please. Thank you very much. Thank you, Your Honors, and may it please the Court. I want to be very clear about the origin of this lawsuit. Mr. Rogozinski tried to register the mark, and then Reddit showed up in the USPTO and started challenging him. And so his first claim, by far his most important claim, is the declaratory claim as to ownership. Mr. Rogozinski, if he—and I want to also be clear about room for settlement— Well, as to ownership, as to what? I mean, as to being able to use the mark in connection with an online discussion forum, or as to be able to use the mark in other ways? To be able to open a website, Wall Street Bets, for an online discussion forum without being sued in an anti-competitive way that shuts down his ability to ever provide the moderator service he's been providing under that. And if he could be assured that they wouldn't sue him for trademark infringement to try and shut that website down and shut that brand permanently, this case would be over. There would be no other claims. He would be fine with— Okay, so you're not worried about the book? I think there was. I'm not certain. I wasn't trial counsel, but I think there were concerns about the book as well, that there was some aggressive maneuvers by Reddit from Mr. Rogozinski's perspective. He didn't want to go to court, but he felt that he had to or he was going to be pressured. But I would note they're not taking off. There's a monopolization concern here, which is that essentially they want to be able to block him from ever creating a competing forum. He doesn't want to use— No, no. He can go create a competing forum. He just can't use the exact name, Wall Street Bets. He can go on and have a forum for whatever he wants, right? The issue is the use of the mark. Right. And under trademark law, the presumption, putting aside the complaint, there's a legal presumption that the medium or the mechanism of delivery to the ultimate person is not the source. And I would point out that it creates the Yahoo problem. If he went to Yahoo and created it, their position is Yahoo would own the mark. If he went to Google and did a forum there, Google would own it. So there's no real place that someone could do that in a social media presence. That has drastic consequences for the ability of anyone to promote and create a brand online. Thank you both sides for the questions. This case is submitted. Thank you.
judges: FRIEDLAND, BRESS, MENDOZA